UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 07-61558-CIV-DIMITROULEAS

YULIAN and ALEXANDRA
BRINZENSKIY,

                                                  Magistrate Judge Rosenbaum

       Plaintiffs,

v.

OCEAN MARINE YACHT CLUB,
LLC, a Delaware limited liability
company,

       Defendant.
_____/

## **FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 17]. The Court has carefully considered the Joint Stipulation and is otherwise fully advised in the premises.

Accordingly it is **ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Stipulation for Dismissal with Prejudice [DE 17] is hereby **APPROVED**;

2. The above-styled action is hereby **DISMISSED with prejudice**;

3. All pending motions are hereby denied as moot;

4. The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 29th day of September, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Rosenbaum

John M. Cooney, Esq.
Ronald M. Rosengarten, Esq.